UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**CHAD LIGHTFOOT #20367-035**          **CASE NO. 1:24-CV-00733 SEC P**

**VERSUS**                              **JUDGE EDWARDS**

**WARDEN F C I POLLOCK**                **MAGISTRATE JUDGE PEREZ-MONTES**

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 9), and after a de novo review of the record, including Petitioner's Motion for Time Extension and Motion for Action on Petitioner's Subpoena Duces Tecum on Non-Party (ECF No. 12),[1] and having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;[2]

**IT IS ORDERED** that the Motion for Time Extension and Motion for Action on Petitioner's Subpoena Duces Tecum on Non-Party (ECF No. 12) is **DENIED**.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction as to the sentencing claim and **DENIED** and **DISMISSED WITH PREJUDICE** as to all other claims.

---

[1] In this motion, Petitioner acknowledges that "the trial court has recommended that Petitioner's Section 2241 Habeas Corpus be dismissed …." He further contends that the "trial court has not afforded [him] the chance to amend any deficiencies that may effect [sic] [his] claims." ECF No. 12 at 3. The Court notes that the information sought by Petitioner through an extension and subpoena to the Louisiana Department of Public Safety and Corrections would not affect the Magistrate Judge's reasons supporting dismissal.

[2] The Court notes a minor correction in the Report and Recommendation which states, "Lightfoot received credit toward his federal sentence from March 15, 2023 …. " ECF No. 9 at 5. The record reflects that Lightfoot received credit toward his federal sentence from August 17, 2021. ECF No. 1 at 11.

**IT IS FURTHER ORDERED** that the Motion for Leave of Court to Issue Subpoena Duces Tecum on Non-Party (ECF No. 7) is **DENIED** as **MOOT**.

**THUS DONE** this 11th day of December, 2024, in Alexandria, Louisiana.

                                        **JERRY EDWARDS, JR.**
                                        **UNITED STATES DISTRICT JUDGE**